# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Jeffrey K. Prattini
Prattini Law Firm, LLC
300 Board of Trade Place
New Orleans LA 70130

Cody C. Bailey
Brunini, Grantham, Grower
PO Drawer 119
Jackson MS 39205

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 13, 2023

## REHEARING ACTION: December 13, 2023

**Docket Number: 23   00229-CA**

**UNICORP, L. L. C.**
**VERSUS**
**BRADD, L. L. C.**

**Appealed from Calcasieu Parish Case No. 2021-1293**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Shannon J. Gremillion**
**Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Unicorp, L. L. C.** has this day been

   **DENIED.**

cc: Robert Sere' Kleinschmidt, Jr., Counsel for the Appellee
    Charles Collins Garrison, Counsel for the Appellee
    Darren Albert Patin, Counsel for the Appellant
    Michael Leon Cohen, Counsel for the Appellant
    Timothy O'Dowd, Counsel for the Appellant
    Merrick J. (Rick) Norman, Jr., Counsel for the Appellant
    John Thomas Andrishok, Counsel for the Appellant
    Taylor, Porter, Brooks & Phillips, Counsel for the Appellant